UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

CIVIL ACTION NO. 7:24-CV-00075-REW-EBA

VALERIE JOHNSON,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF,

V.　　　　　　　　　　　　　　　**ORDER**

ASHLEA BAKER, *et al.*,　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS.

*** *** *** ***

      This matter is before the Court on Movant Ron Diddle's Motion to Withdraw as Counsel. [R. 9]. Movant Diddle seeks to withdraw as counsel for Defendant Ashlea Baker on the grounds that due to understaffing and his current caseload, Diddle is not able to adequately represent the Defendant in these proceedings and requests that Baker be given 30 days to obtain new counsel. [*Id.*]. Pursuant to LR 83.6(a), when an attorney seeks to withdraw as counsel via a motion and the withdrawal will leave the party unrepresented, the movant must certify that the motion has been served on his client and that the motion must include the party's current email address, mailing address, and phone number. Movant Diddle's motion, however, does not contain a certification that it has been served on Defendant Baker nor does it contain Baker's contact information. Accordingly,

      IT IS ORDERED that Movant Ron Diddle's Motion to Withdraw as Counsel [R. 9] is DENIED WITHOUT PREJUDICE.

      Signed January 17, 2025.



Signed By:

*Edward B. Atkins* EBA

**United States Magistrate Judge**